# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: galaimo | Date Created: 1/7/2020 |
| Case: 1−20−40079−cec | Form ID: 761 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Alan Nisselson      anisselson@windelsmarx.com

                                                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Xiaonian He      255 Ovington Ave      Brooklyn, NY 11209
aty      Baya Harrison      The Harrison Law Firm P.C.      38−08 Union Street      Suite 11A      Flushing, NY 11354
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

                                                                                                                                              TOTAL: 3