UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

Xiaonian He, d/b/a Ginny's Cafe LLC
d/b/a Ginny's USA Inc.

                       Debtor.
-----------------------------------------------------------X

CHAPTER 7

**NOTICE OF APPEARANCE**

Case No.: 20-40079-cec

      **PLEASE TAKE NOTICE,** that HSBC BANK USA, N.A., hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       February 18, 2020

                                        Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                        By:/s/Elizabeth Doyaga
                                        Elizabeth L. Doyaga, Esq.
                                        53 Gibson Street
                                        Bay Shore, New York 11706
                                        (631) 969-3100
                                        Our File No.:01-088632-B00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                                          CASE NO.: 20-40079-cec

Xiaonian He, d/b/a Ginny's Cafe LLC
d/b/a Ginny's USA Inc.                                          CHAPTER 7

                Debtor.                       Judge: Carla E. Craig
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Paul Styslowsky, do certify that on February 18, 2020, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Baya Harrison, Esq.
Attorney for the debtor
bwh@heboya.com

Alan Nisselson
Trustee
anisselson@windelsmarx.com


                                                S/ Paul Styslowsky_____
                                                Paul Styslowsky