UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: Xiaonian He

Case No. 1:20-40079-cec
Chapter: 7

Debtor(s)
-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

Xiaonian He , undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 7 of the Bankruptcy Code on 01/07/2020 .

2. Filed herewith is an amendment to Schedule A/B & E/F & 106Sum [indicate list(s), schedule(s) or statement(s) being amended] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [If creditor records have been added or deleted, or mailing addresses corrected] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: 2/27/2020

XIAONIAN HE
(Signature of Debtor)

Sworn to before me this 27
day of February 2020

Baya Harrison
Notary Public, State of New York

BAYA HARRISON
Notary Public, State of New York
Registration #01HA6378103
Qualified In Queens County
Commission Expires July 16, 2022

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y. LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**Schedule A/B has been amended as follows:**

| Page | Part | Number | Before | After |
|---|---|---|---|---|
| 4 | 3 | 6 | $500 | $0 |
| 4 | 3 | 7 | $200 | $100 |
| 4 | 3 | 11 | $2,000 | $300 |
| 4 | 3 | 12 | $500 | $0 |
| 4 | 3 | 14 | $3,200 | $400 |
| 5 | 4 | 19 | Did not list 100% ownership of Ginny's Furnishings Inc. | List 100% ownership of Ginny's Furnishings Inc. |
| 8 | 5 | 37 | No | Yes |
| 8 | 5 | 39 | Did not list furniture in storage | Lists furniture in storage |
| 9 | 5 | 45 | 0 | $85,000 |
| 10 | 8 | 57 | $3,200 | $400 |
| 10 | 8 | 59 | 0 | $85,000 |
| 10 | 8 | 62 | $3,400 | $85,600 |
| 10 | 8 | 63 | $2,283,400 | $2,365,600 |

**Schedule E/F has been amended as follows:**

| Page | Part | Number | Before | After |
|---|---|---|---|---|
| 3 | 2 | 4.2 | Listed creditor 4.1 | Added creditors 4.2 through 4.13 |
| 6 | 4 | 6i | $194,565.00 | $1,141,737 |
| 6 | 4 | 6j | $194,565.00 | $1,141,737 |

**Schedule SUM has been amended as follows:**

| Page | Part | Number | Before | After |
|---|---|---|---|---|
| 1 | 1 | 1b | $3,400 | $85,600 |
| 1 | 1 | 1c | $2,283,400 | $2,365,600 |
| 1 | 2 | 3b | $194,565 | $1,141,737 |