# ROBERT YU LLC
## ATTORNEYS & COUNSELLORS AT LAW

---

449 BROAD AVENUE, 2ND FLOOR, MAILBOX 1B
PALISADES PARK, NEW JERSEY 07650
(201) 257-6807
(888) 244-0987 (Fax)

ALEXANDER PERCHEKLY*
CREW SCHIELKE*
Of Counsel

* Admitted in New York and New Jersey

**ROBERT YU***
Managing Member
Email Address: Ryu@RobertYuLLC.com

April 2, 2020

**VIA ELECTRONIC FILING AND**
**EMAIL:** CEC_Hearings@nyeb.uscourts.gov

United States Bankruptcy Court, Eastern District of New York
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-180
Attn: Tracie Leonard, Courtroom Deputy to the Honorable Judge Carla E. Craig
Courtroom 3529

      Re:    In re Xiaonian He
                Chapter 7 Case No. 20-40079
                **MOTION TO LIFT AUTOMATIC SCHEDULED TO BE HEARD**
                **ON APRIL 21, 2020**

Dear Mrs. Tracie Leonard:

      I am counsel to Ron Wish LLC, movant in the above-referenced matter.

      I am writing to confirm that Ron Wish LLC's motion for stay relief is now scheduled to be heard **on April 21, 2020 at 11 am** before the Honorable Judge Carla E. Craig - Court Room 3529. Objections must be filed by April 14, 2020. All hearings will be held by telephone. Please see the telephonic appearance procedures on the website at:

https://www.nyeb.uscourts.gov/content/chief-judge-carla-e-craig

      If you have any questions or require additional information, please do not hesitate to contact me. Thank you in advance for your immediate attention to this matter. As always, I remain,

                                                        Respectfully yours,

                                                        /s/ Robert Yu

                                                        Robert Yu

cc: All Parties in Interest by Electronic Filing